**EPSTEIN & WEIL LLC**
ATTORNEYS AT LAW

225 Broadway
New York, NY 10007

(212) 732-4888

**LLOYD EPSTEIN**
**JUDITH H. WEIL**

June 21, 2019

**VIA ECF**
Hon. Gregory H. Woods
United States District Judge
500 Pearl Street
New York, NY 10007

> Re: **United States v. Elvis Collins**
> **Dkt. No. 18-Cr-471 (GHW)**
> **Request for Extension to File Presentence Memorandum**

Dear Judge Woods:

Yesterday I requested an adjournment of sentence because neither I nor AUSA Adam Hobson had received the final PSR. We received the final PSR today.

My sentencing submission is currently due June 24, 2019. Given the late disclosure of the PSR, I request that my time to file be extended to June 26th. We should still be able to keep the July 8th sentencing date.

I have spoken to AUSA Hobson who has no objection to this request.

I thank the Court for its consideration. Please feel free to have your Chambers call me if you have any questions.

Sincerely,

Lloyd Epstein

LE:pc

cc. All Counsel
(Via ECF)

USPO Christopher F. Paragano
(Via Email Christopher_Paragano@nysp.uscourts.gov)

Mr. Elvis Collins